RECEIVED

JUL 19 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERARD G. JOLICOEUR | | |
| | : | |
| v. | : | C.A. No. 04-476S |
| | : | |
| BWP DISTRIBUTORS, INC. d/b/a | : | |
| CARQUEST, INC. | : | |

## DISMISSAL STIPULATION

All claims in this matter shall be dismissed with prejudice, no interest or costs to either party.

| GERARD G. JOLICOEUR | BWP DISTRIBUTORS, INC.<br>d/b/a CARQUEST, INC. |
|---|---|
| By his Attorney,<br><br>[signature]<br>Carly Beauvais Iafrate, Esq.<br>170 Westminster Street, Suite 601<br>Providence, RI 02903<br>(401) 421-0966<br>(401) 351-4802 (fax) | By its Attorneys,<br><br>[signature]<br>Andrew B. Prescott (#3758)<br>Stacie Boeniger Collier (#6059)<br>NIXON PEABODY LLP<br>One Citizens Plaza<br>Providence, RI 02903<br>(401) 454-1000<br>(401) 454-1030 (facsimile) |

Dated: July 7, 2005

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 7/20/05

P124570.1